IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION No. 09-800-2 |
| | : | |
| v. | : | CIVIL ACTION No. 13-4844 |
| | : | |
| JACKSON DUVERT | : | |

**ORDER**

AND NOW, this 22nd day of October, 2014, upon consideration of Defendant Jackson Duvert's pro se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, the Government's response thereto, and the record in this case, and for the reasons set forth in the accompanying Memorandum, it is ORDERED Duvert's motion (Document 155) is DENIED without an evidentiary hearing. Duvert having failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability shall not issue.

The Clerk of Court is directed to mark both of the above-captioned cases CLOSED.

BY THE COURT:


   /s/ Juan R. Sánchez   
Juan R. Sánchez, J.